UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA DIMEGLIO, on behalf of herself and all others similarly situated,

        Plaintiff,

-v-

FANATICS, LLC,

        Defendant.

CIVIL ACTION NO. 23 Civ. 5043 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August, 14, 2023, the Court granted Defendant's second request for an extension of time to respond to the Complaint. (ECF No. 13). Per the Court's Order, Defendant's response to the Complaint was due on September 13, 2023. (Id.) That deadline has passed.

As a one-time courtesy, the Court sua sponte EXTENDS Defendant's deadline to **September 20, 2023**. Defendant is warned that failure to respond to the Complaint by the extended deadline may result in an Order directing Plaintiff to initiate default proceedings, and/or sanctions.

Dated:    New York, New York
            September 14, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**