# GT GreenbergTraurig

Jason Jendrewski
Tel 212.801.9200
Fax 212.801.6400
jendrewskij@gtlaw.com

September 14, 2023

**VIA ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

> Defendant's request at ECF No. 15 is GRANTED. By **October 30, 2023**, the parties shall file a stipulation of dismissal for the attention of the Honorable Paul A. Engelmayer. All deadlines and appearances are adjourned <u>sine die</u>.
>
> The Clerk of Court is respectfully directed to close ECF No. 15.
>
> SO ORDERED.    9/14/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   **DiMeglio v. Fanatics, LLC (1:23-cv-05043) (PAE) (SLC)**
      <u>Joint Notice of Settlement and Request for Adjournment of All Pending Dates</u>

Dear Judge Cave:

We represent Fanatics, LLC ("Defendant") in the above-referenced matter. On behalf of Defendant and plaintiff Maria DiMeglio ("Plaintiff"), we hereby inform the Court that the parties have reached a settlement in principle. We anticipate that the parties will finalize and execute their settlement agreement and file a stipulation of dismissal with prejudice within the next forty-five (45) days.

Given that the parties have agreed to resolve the litigation, we respectfully request that this Court adjourn all pending dates *sine die*—including the September 20, 2023, deadline for Defendant to file its response to the Complaint—and provide the parties with forty-five (45) days to file their anticipated stipulation of dismissal.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jason B. Jendrewski*

Jason B. Jendrewski
Shareholder

cc:   Mark Rozenberg, Esq. (*via* ECF)

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City.
Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco.
Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.
Operates as: "Greenberg Traurig Germany, LLP; ^A separate UK registered legal entity; *Greenberg Traurig, S.C.; ᴮGreenberg Traurig Santa Maria; ᴳᴳGreenberg Traurig LLP Foreign Legal Consultant Office; ᴬA branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ˜Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

690128712v1                                                                                                                          www.gtlaw.com